**Paula LUA, Plaintiff–Appellant,**

v.

**NATIONAL POSTAL MAILHAN-DLERS' UNION, a Division of Laborers' International of North America AFL–CIO Local 303; et al., Defendants–Appellees.**

No. 00–56422.
D.C. No. CV–99–02141–CM.

United States Court of Appeals,
Ninth Circuit.

Submitted July 9, 2001 *.

Decided July 23, 2001.

Before KOZINSKI, T.G. NELSON, and RICHARD C. TALLMAN, Circuit Judges.

MEMORANDUM **

Paula Lua appeals pro se the district court's summary judgment for defendants in her action alleging breach of the duty of fair representation against her union and breach of a collective bargaining agreement against her employer. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Jones v. Union Pac. R.R .,* 968 F.2d 937, 940 (9th Cir.1992), and we affirm.

The district court's summary judgment for the union was proper because Lua failed to establish a genuine issue of material fact as to whether the union's conduct in processing her grievance was arbitrary, discriminatory or in bad faith. *See Peterson v. Kennedy,* 771 F.2d 1244, 1253–54 (9th Cir.1985).

Because a cause of action for breach of a collective bargaining agreement may not be maintained if the union provided fair representation, the district court's summary judgment for Lua's employer was also proper. *See Johnson v. USPS,* 756 F.2d 1461, 1467 (9th Cir.1985).

Lua's remaining contentions lack merit.

AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.